UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case File No. 14-MJ-1024 (JSM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION FOR REVIEW OF** |
| | ) | **MAGISTRATE JUDGE'S DENIAL** |
| v. | ) | **OF GOVERNMENT'S MOTION** |
| | ) | **FOR DETENTION AND FOR STAY** |
| ABDULLAHI YUSUF, | ) | **OF RELEASE ORDER** |
| | ) | |
| Defendant. | ) | |

The United States of America, through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Assistant United States Attorneys John Docherty and Andrew Winter, respectfully moves this Court, pursuant to Title 18, United States Code, Section 3145, for review of the Magistrate Judge's (the Honorable Janie S. Mayeron) decision to deny the government's motion for detention in this matter.

The United States further respectfully moves that this Court to stay the Magistrate Judge's release order during the pendency of this motion for review.

Dated: November 26, 2014           Respectfully Submitted,

                                                                                      ANDREW M. LUGER
                                                                                      United States Attorney

                                                                                      *s/ John Docherty*

                                                                                      BY:   JOHN DOCHERTY
                                                                                      Assistant United States Attorney
                                                                                      Attorney Reg. No. 017516X