UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-mj-1024(01) (MJD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | DEFENDANT'S MOTION TO |
| v. | ) | RELEASE FROM CUSTODY AND |
| | ) | REVIEW DETENTION ORDER |
| ABDULLAHI YUSUF, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Andrew R. Winter, Assistant United States Attorney, submits this response to Defendant's motion to release from custody and review detention order (See Docket 41).

The government has reviewed Defendant's Motion For Release (Docket 41) and his memorandum in support of this motion (Docket 42). The government persists in its request for detention of the defendant as the facts and circumstances underlying the government's request for detention remain unchanged.

Dated: January 15, 2015
    Respectfully Submitted,

    ANDREW M. LUGER
    United States Attorney

    *s/ Andrew R. Winter*

    BY: ANDREW R. WINTER
    Assistant U.S. Attorney
    Attorney ID No. 232531