UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION CR 15-46 MJD |
| Plaintiff, | ) (18 U.S.C. § 2339B(a)(1)) |
| v. | ) |
| ABDULLAHI MOHAMUD YUSUF, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Conspiracy to Provide Material Support to
a Designated Foreign Terrorist Organization)

Beginning on or about March 1, 2014, and continuing until on or about June 1, 2014, within the State and District of Minnesota, and elsewhere, the defendant,

ABDULLAHI MOHAMUD YUSUF,

did unlawfully and knowingly conspire and agree with others both known and unknown to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including property, services and personnel, and financial support, to a foreign terrorist organization, namely, *ISIL (Islamic State of Iraq and the Levant)*, which the Secretary of State has designated as a foreign terrorist organization at all times relevant to this Information, knowing that the organization was a designated

1

SCANNED
FEB 1 3 2015
U.S. DISTRICT COURT ST. PAUL

foreign terrorist organization, and knowing that *ISIL* has engaged, and engages, in terrorist activity and terrorism; all in violation of Title 18, United States Code, Section 2339B(a)(1).

Dated: 2/12/2015

ANDREW M. LUGER
United States Attorney

BY: ANDREW R. WINTER
Assistant United States Attorney
JOHN DOCHERTY
Assistant United States Attorney