Waiver of Indictment                                                                                          Cr. Form No. 18

# United States District Court

## FOR THE

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| )                                   | |
| Plaintiff,                        ) | |
| )                                   | |
| v.                                ) | Criminal No. 15-046 (MJD) |
| )                                   | |
| ABDULLAHI MOHAMUD YUSUF,          ) | |
| )                                   | |
| Defendant.                        ) | |
| )                                   | |

Abdullahi Yusuf, the above-named defendant, who is accused of conspiring to provide material support to a designated foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B, being advised of the nature of the charge and of rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: 2/26/15

_____
ABDULLAHI YUSUF, Defendant

_____
ANDREW R. WINTER, Witness

_____
MANNY ATWAL, Esq.

_____
JEAN BRANDL, Esq.