UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.     **ORDER**
Crim. No. 15-46 (MJD)

Abdullahi Yusuf,

    Defendant.

_____

    John Docherty and Andrew Winter, Assistant United States Attorneys, Counsel for Plaintiff.

    Manny Atwal, Assistant Federal Defender and Jean M. Brandl, Brandl Law, LLC, Counsel for Defendant.

_____

    On February 4, 2015, the Court entered an order releasing the Defendant pursuant to conditions, including that he reside at a halfway house. On February 16, 2015, the Defendant entered a plea of guilty to the charge of Conspiracy to Provide Material Support to ISIL in violation of 18 U.S.C. § 2339B(a)(1). Despite the fact that the Defendant is subject to mandatory detention[1] following his guilty

---

[1] Pursuant to 18 U.S.C. § 3143(a)(2), the Court shall detain a defendant who is awaiting sentencing for a conviction described in 18 U.S.C. § 3142(f)(1)(A) (B) or (C). Subparagraph (A) includes violations of § 2332b(g)(5)(B) for which the maximum term of imprisonment of 10 years or more is prescribed. The Defendant pleaded guilty to a violation of 18 U.S.C. § 2339B(a)(1), the maximum penalty of which is 15 years. Violations of § 2339B are included in §

plea, the Court allowed him to remain at the RS Eden halfway house pending sentencing.

On April 23, 2015, the RS Eden staff conducted a random search of the Defendant's shared room with three other males and found a box cutter under the Defendant's bed. The Defendant denied knowledge of the box cutter. The Court remanded the Defendant to the custody of the U.S. Marshal on April 28, 2015.

Based on the Defendant's conviction to a charge that is subject to mandatory detention, together with the fact that he had access to a box cutter while residing at the halfway house, the Court finds that the safety of any other person or the community is at risk if the Defendant remains at the halfway house pending sentencing.

IT IS HEREBY ORDERED that the Defendant shall remain in the custody of the U. S. Marshal.

Date:   July 6, 2015

                                          s/ Michael J. Davis
                                          Michael J. Davis
                                          United States District Court.

---

2332b(g)(5)(b).