UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA                Criminal No. 15-CR-46 (1) (MJD)

        Plaintiff,

v.

                                        O R D E R

Abdullahi Mohamud Yusuf (1),

        Defendant.

Upon the status conference hearing on November 9, 2017 to review the Defendant's standard and special conditions of supervised release,

IT IS SO ORDERED:

The following additional special conditions have been added to the Defendant's supervised release conditions:

1. Upon release from the residential reentry center, the defendant shall participate in a location monitoring program for a period of 1 year. The defendant shall be monitored using global positioning system (GPS) technology. The defendant shall be monitored under the following restrictions:

    The defendant is restricted to their residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer.

    The defendant shall not be required to pay the costs of location monitoring.

2. The defendant shall not access Internet Relay Chats, newsgroups, or participate in any online social environment (i.e. Facebook, Twitter, Second Life, LinkedIn, Craigslist, FaceTime, WhatsApp, video/audio, etc.) or texting applications, which allows the user interaction unless pre-approved and authorized by the Probation Officer AND Court.

3. The defendant shall not have any contact, direct or indirect, or through a third party to any media personnel, journalists, or reporters unless granted permission from the Court. If the defendant is approached by any media personnel, journalist, or reporter, the defendant is not to give a comment or statement and IMMEDIATELY inform the supervising Probation Officer.

Date: November 9, 2017                      s/Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court Judge