UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-46 (MJD)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER OF DETENTION** |
| | ) |
| ABDULLAHI MOHAMED YUSUF, | ) |
| | ) |
| Defendant, | ) |
| | ) |

This matter came before the Court on July 27, 2022, for a preliminary revocation hearing and a detention hearing. Mr. Yusuf was present and represented by his attorney, Manny K. Atwal. The United States was represented by Assistant United States Attorney Justin A. Wesley.

Mr. Yusuf appeared on alleged violations of supervised release. The United States moved for detention pending a final revocation hearing. The United States called USPO Brian James regarding. The Court heard the testimony, reviewed the record, and heard arguments from counsel.

Based on all the information before the Court, the Court found probable cause for the violations and found that given the presumption of detention, the defendant had failed to rebut such presumption and therefore detention was appropriate.

FINDINGS OF FACT AND CONCLUSIONS OF LAW

1.  The Court found that there was probable cause for the alleged violations of the special condition that the defendant shall not possess or use a computer or access to

any on-line service without prior approval, and that he failed to notify his probation officer of his employment situation on time. To the extent there was an allegation that the defendant failed to submit to periodic polygraph testing, the Court found that there was not probable cause to support that allegation.

2.	Pursuant to 18 U.S.C. § 3143(a), the Court "shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence . . . be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c)."

3.	Based on the record before the Court, including the violation report and testimony, the Court found that there were no condition or combination of conditions that would reasonably assure the safety of the community.

4.	Based on the foregoing, the Court concluded that detention was appropriate pursuant to 18 U.S.C. § 3143(a).

**THEREFORE, IT IS HEREBY ORDERED** that:

1.	Pursuant to 18 U.S.C. § 3143(a), the government's Motion for Detention of the defendant without bond is GRANTED;

2.	The defendant is committed to the custody of the Attorney General for confinement in a correctional facility;

3.	The defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon order of the Court or request by the United States Attorney, the person in charge of the correctional facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with all court proceedings.

Dated: August 3, 2022

*s/David T. Schultz*
The Honorable David T. Schultz
United States Magistrate Judge