UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ORDER**

United States of America,

    Plaintiff,

v.

Abdullahi Mohamud Yusuf,

    Defendant,

Docket No. 0864 0:15CR00046-001(MJD)

In response to an admitted violation of Mr. Yusuf's supervised release, the Court is modifying the terms and conditions of supervised release in the following manner.

The Court orders that the previous term of supervised release be continued, with all previous terms and conditions, in addition to the below conditions.

IT IS HEREBY ORDERED that the following conditions be added at this time:

> *The defendant shall participate in educational or vocational programming as approved by the probation officer.*
>
> *Ongoing participation, and verification of, at least one pre-approved social activity at least three times a month or as approved by the probation officer.*
>
> *For the purpose of verifying compliance with any Court-imposed condition of supervision, the defendant shall be placed on a program of Stand-Alone Monitoring for a period of 90 days, in which he will be monitored by global position system (GPS) technology, without a specified schedule, as directed by the probation officer.*
>
> *The defendant shall not be required to pay the costs of location monitoring.*

Dated: August 25, 2022

s/Michael J. Davis
Michael J. Davis
United States District Court